Myron Levin, Minor, by Maurice Levin, Father and Next Friend, Appellant, v. Lauterbach Coal and Ice Company et al., Appellees.

Gen. No. 43,563.

opinion filed May 29, 1946; released for publication June 13, 1946. Harry S. Posner, for appellant; Leo S. Karlan, of counsel; Otto M. Hamer, for certain appellee; Chester D. Kern, of counsel; James O. Dwight, Erwin H. Wright and Arthur J. Donovan, for certain other appellees; William J. Flaherty, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.